UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:14-CR-223-1H
Civil No. 5:17-CV-161-H

ELERICO DURAN HOWARD,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Petitioner,　　　　　)
　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　 )　　　ORDER
　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Respondent.　　　　　)

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This  24  day of April, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　MALCOLM J. HOWARD
　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE